*Cook, Frederick F. Greenman, Henry V. Poor,* and *Frederick G. Ingersoll* for the Minneapolis & St. Louis Railroad Company et al. *Solicitor General Thacher, Assistant to the Attorney General O'Brian,* and *Mr. Claude R. Branch* for the United States.

No. 785. UNITED STATES *v.* FALL. May 19, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Atlee Pomerene* and *Owen J. Roberts* for the United States. *Messrs. Mark B. Thompson, William E. Leahy, Wilton J. Lambert,* and *Frank J. Hogan* for respondent.

No. 786. COMMERCIAL CASUALTY INSURANCE Co. *v.* WILLIAMS, TRUSTEE IN BANKRUPTCY. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Allan C. Rowe* for petitioner. *Mr. George Roundtree* for respondent.

No. 788. FALK, EXECUTOR, *v.* IDAHO ET AL.; and
No. 789. FALK ET AL., EXECUTORS, *v.* SAME. May 19, 1930. Petition for writs of certiorari to the Supreme Court of Idaho denied. *Mr. Charles M. Kahn* for petitioners. *Messrs. W. D. Gillis* and *Leon M. Fisk* for respondents.

No. 790. SOUTHERN PACIFIC Co. *v.* RAILROAD COMMISSION OF CALIFORNIA. May 19, 1930. Petition for writ of certiorari to the Supreme Court of California denied.

758

*Messrs. James E. Lyons* and *Harry H. McElroy* for petitioner. *Mr. Arthur T. George* for respondent.

No. 791. SOUTHERN PACIFIC CO. *v.* GEO. H. CROLEY CO., INC. May 19, 1930. Petition for writ of certiorari to the Railroad Commission of California denied. *Messrs. James E. Lyons* and *Harry H. McElroy* for petitioner. *Mr. Marcel E. Cerf* for respondent.

No. 794. COULTER ET AL. *v.* EAGLE & PHENIX MILLS. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Frederic D. McKenney* and *Henry D. Gaggstatter* for petitioners. No appearance for respondents.

No. 804. COMMERCIAL UNION ASSURANCE CO. *v.* JASS ET AL. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. T. A. Hammond* and *Haines H. Hargrett* for petitioner. No appearance for respondent.

No. 806. MURPHY *v.* UNITED STATES. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Levi Cooke* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, John J. Byrne,* and *W. Marvin Smith* for the United States.

No. 807. THOMPSON, RECEIVER, ET AL. *v.* OTIS ELEVATOR CO. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr.*